# CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| 1. A method of viewing, on a remote viewing device of a video surveillance system, multiple simultaneously displayed and stored video images, comprising the steps of: |  **View Lite II Mobile App**<br><br>With 3xLOGIC's View Lite II, you can use your smart device to access and monitor your surveillance cameras. View Lite II is a mobile app designed to allow a user to connect to and view V-Series standalone cameras and cameras connected to a VIGIL VMS server. With a simple drag-and-drop interface and 9 different layout options, you can easily view up to 48 live camera feeds simultaneously. With alarm push notifications, D I/O support and POS/ATM searches, 3xLOGIC's View Lite II is an excellent way to quickly access your VIGIL surveillance system data anytime, anywhere.<br><br>Our intuitive interface takes full advantage of your devices touchscreen technology and delivers a simple, light and efficient mobile solution for your surveillance network.<br><br>**Note:** A web-enabled 3xLOGIC VIGIL Server or V-Series Camera is **REQUIRED** to use this app.<br><br>**Features**<br>▪ Unlimited number of VIGIL Servers (NVRs) and V-Series cameras<br>▪ Touch friendly interface to make Digital PTZ simple<br>▪ Live and Playback modes compatible with both H.264 and MPEG4 formats<br>▪ QR Code Scanner to quickly add VIGIL Servers<br>▪ D I/O Device integration via VIGIL Server<br>▪ POS/ATM OSD for live and playback<br>▪ POS Search and POS Reports with one-click POS event playback footage<br>▪ Alarm push notifications<br>▪ Connect to a VCM to pull a list of servers<br>▪ 3xCLOUD account integration<br><br> <br>*Engineered for use with the Apple® iOS 7.0 & Android 4.1.2 Jelly Bean systems or newer.*<br><br>**[See "*View Lite II Mobile App*" *Product Brochure*; Page 1]** |

# CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| receiving video images at a personal computer based system from a plurality of video sources, wherein each of the plurality of video sources comprises a camera of the video surveillance system; | <br><br>[See "*View Lite II - Mobile VIGIL VMS Client*";  Page 23] |

## CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| digitizing any of the images not already in digital form using an analog-to-digital converter; | [See *"Vigil Server Users Guide"*;  Pages 44 and 45]<br><br>**The CODEC Settings window allows advanced configuration of the recording CODEC used for storing video footage recorded on analog cameras.**<br><br> |

## CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| displaying one or more of the digitized images in separate windows on a personal computer based display device, using a first set of temporal and spatial parameters associated with each image in each window; | [See "*Vigil Server Users Guide*"; Pages 23, 11 and 47]<br><br><br><br>[See "*Vigil Server Users Guide*"; Pages 10 and 33]<br><br>**Depending on the hardware installed with your VIGIL Server unit, you may have access to alarm inputs or relay outputs. The number of available alarms and relays is dependent on your hardware.**<br>**Alarm inputs can trigger recording of video and/or audio based on an externally tripped circuit. Relay outputs can be triggered by motion alarms, video loss, POS data, or failure of the VIGIL Server.** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II**

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| converting one or more of the video source images into a selected video format in a particular resolution, using a second set of temporal and spatial parameters associated with each image; | **[See "*Vigil Server Users Guide*"; Pages 109 and 50]**<br><br>**Video Storage Drives are the main drives where video footage is stored. If a Video Storage Drive becomes full, VIGIL Server will switch to the next Video Storage Drive for recording. Also, if all of the Video Storage Drives are offline, the Alternate Video Storage Drives will be used until they return online.**<br>**When adding or editing a video storage drive, the Media Control window is displayed.**<br><br><br><br>**[See "*Vigil Server Users Guide*"; Pages 44 and 45]**<br><br>**The CODEC Settings window allows advanced configuration of the recording CODEC used for storing video footage recorded on analog cameras.** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II**

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| |  |

## CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| contemporaneously storing at least a subset of the converted images in a storage device in a network environment; | <br><br>VIGIL Central Management allows the centralized management of user access rights, configuration and software updates as well as a complete system health monitoring.<br><br>**[See "Vigil Central Management Software" Product Brochure; Page 1]** |

## CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| providing a communications link to allow an external viewing device to access the storage device; | <br><br>VIGIL Central Management allows the centralized management of user access rights, configuration and software updates as well as a complete system health monitoring.<br><br>[See "Vigil Central Management Software" Product Brochure; Page 1] |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II**

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| receiving, from a remote viewing device remoted located remotely from the video surveillance system, a request to receive one or more specific streams of the video images; | 

Figure 2-13: Drag and Dropping Cameras into Live Viewer - iOS

To select a camera stream for viewing on the main screen:

1. Tap and hold the thumbnail for 1 second.
2. Drag the image from the camera selection slider bar to a window on your main screen. This will place the camera in the available window or replace the currently active feed in that window.

**[See "*View Lite II - Mobile VIGIL VMS Client*";  Page 12]** |

## CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| transmitting, either directly from one or more of the plurality of video sources or from the storage device over the communication link to the remote viewing device, and in the selected video format in the particular resolution, the selected video format being a progressive video format which has a frame rate of less than substantially 24 frames per second using a third set of temporal and spatial parameters associated with each image, a version or versions of one or more of the video images to the remote viewing device, wherein the communication link traverses an external broadband connection between the remote computing device and the network environment; and |  ### View Lite II Mobile App

With 3xLOGIC's View Lite II, you can use your smart device to access and monitor your surveillance cameras.  View Lite II is a mobile app designed to allow a user to connect to and view V-Series standalone cameras and cameras connected to a VIGIL VMS server.  With a simple drag-and-drop interface and 9 different layout options, you can easily view up to 48 live camera feeds simultaneously. With alarm push notifications, D I/O support and POS/ATM searches, 3xLOGIC's View Lite II is an excellent way to quickly access your VIGIL surveillance system data anytime, anywhere.

Our intuitive interface takes full advantage of your devices touchscreen technology and delivers a simple, light and efficient mobile solution for your surveillance network.

**Note:** A web-enabled 3xLOGIC VIGIL Server or V-Series Camera is **REQUIRED** to use this app.

**Features**

- Unlimited number of VIGIL Servers (NVRs) and V-Series cameras
- Touch friendly interface to make Digital PTZ simple
- Live and Playback modes compatible with both H.264 and MPEG4 formats
- QR Code Scanner to quickly add VIGIL Servers
- D I/O Device integration via VIGIL Server
- POS/ATM OSD for live and playback
- POS Search and POS Reports with one-click POS event playback footage
- Alarm push notifications
- Connect to a VCM to pull a list of servers
- 3xCLOUD account integration

  

*Engineered for use with the Apple® iOS 7.0 & Android 4.1.2 Jelly Bean systems or newer.*

**[See "*View Lite II Mobile App*" *Product Brochure*; Page 1]** |

## CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| displaying only the one or more requested specific streams of the video images on the remote computing device. | 

### View Lite II Mobile App

With 3xLOGIC's View Lite II, you can use your smart device to access and monitor your surveillance cameras. View Lite II is a mobile app designed to allow a user to connect to and view V-Series standalone cameras and cameras connected to a VIGIL VMS server. With a simple drag-and-drop interface and 9 different layout options, you can easily view up to 48 live camera feeds simultaneously. With alarm push notifications, D I/O support and POS/ATM searches, 3xLOGIC's View Lite II is an excellent way to quickly access your VIGIL surveillance system data anytime, anywhere.

Our intuitive interface takes full advantage of your devices touchscreen technology and delivers a simple, light and efficient mobile solution for your surveillance network.

**Note:** A web-enabled 3xLOGIC VIGIL Server or V-Series Camera is **REQUIRED** to use this app.

**Features**
- Unlimited number of VIGIL Servers (NVRs) and V-Series cameras
- Touch friendly interface to make Digital PTZ simple
- Live and Playback modes compatible with both H.264 and MPEG4 formats
- QR Code Scanner to quickly add VIGIL Servers
- D I/O Device integration via VIGIL Server
- POS/ATM OSD for live and playback
- POS Search and POS Reports with one-click POS event playback footage
- Alarm push notifications
- Connect to a VCM to pull a list of servers
- 3xCLOUD account integration

*Engineered for use with the Apple® iOS 7.0 & Android 4.1.2 Jelly Bean systems or newer.*

**[See "*View Lite II Mobile App*" *Product Brochure*; Page 1]** |

## CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| 2. The method of claim 1, wherein the remote viewing of the given video stream is contemporaneous with the live viewing and storage. | **View Lite II Mobile App**<br><br>With 3xLOGIC's View Lite II, you can use your smart device to access and monitor your surveillance cameras. View Lite II is a mobile app designed to allow a user to connect to and view V-Series standalone cameras and cameras connected to a VIGIL VMS server. With a simple drag-and-drop interface and 9 different layout options, you can easily view up to 48 live camera feeds simultaneously. With alarm push notifications, D I/O support and POS/ATM searches, 3xLOGIC's View Lite is an excellent way to quickly access your VIGIL surveillance system data anytime, anywhere.<br><br>Our intuitive interface takes full advantage of your devices touchscreen technology and delivers a simple, light and efficient mobile solution for your surveillance network.<br><br>**Note:** A web-enabled 3xLOGIC VIGIL Server or V-Series Camera is **REQUIRED** to use this app.<br><br>**Features**<br>• Unlimited number of VIGIL Servers (NVRs) and V-Series cameras<br>• Touch friendly interface to make Digital PTZ simple<br>• Live and Playback modes compatible with both H.264 and MPEG4 formats<br>• QR Code Scanner to quickly add VIGIL Servers<br>• D I/O Device integration via VIGIL Server<br>• POS/ATM OSD for live and playback<br>• POS Search and POS Reports with one-click POS event playback footage<br>• Alarm push notifications<br>• Connect to a VCM to pull a list of servers<br>• 3xCLOUD account integration<br><br><br>*Engineered for use with the Apple® iOS 7.0 & Android 4.1.2 Jelly Bean systems or newer.*<br><br>**[See "*View Lite II Mobile App" Product Brochure*; Page 1]** |

**CONFIDENTIAL—ATTORNEY WORK PRODUCT**

## CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| 3. The method of claim 1, wherein the remote viewing of the given video stream is conducted subsequent to the live viewing and storage. |  **View Lite II Mobile App**<br><br>With 3xLOGIC's View Lite II, you can use your smart device to access and monitor your surveillance cameras. View Lite II is a mobile app designed to allow a user to connect to and view V-Series standalone cameras and cameras connected to a VIGIL VMS server. With a simple drag-and-drop interface and 9 different layout options, you can easily view up to 48 live camera feeds simultaneously. With alarm push notifications, D I/O support and POS/ATM searches, 3xLOGIC's View Lite II is an excellent way to quickly access your VIGIL surveillance system data anytime, anywhere.<br><br>Our intuitive interface takes full advantage of your devices touchscreen technology and delivers a simple, light and efficient mobile solution for your surveillance network.<br><br>**Note:** A web-enabled 3xLOGIC VIGIL Server or V-Series Camera is **REQUIRED** to use this app.<br><br>**Features**<br>▪ Unlimited number of VIGIL Servers (NVRs) and V-Series cameras<br>▪ Touch friendly interface to make Digital PTZ simple<br>▪ Live and Playback modes compatible with both H.264 and MPEG4 formats<br>▪ QR Code Scanner to quickly add VIGIL Servers<br>▪ D I/O Device integration via VIGIL Server<br>▪ POS/ATM OSD for live and playback<br>▪ POS Search and POS Reports with one-click POS event playback footage<br>▪ Alarm push notifications<br>▪ Connect to a VCM to pull a list of servers<br>▪ 3xCLOUD account integration<br><br><br> <br>*Engineered for use with the Apple® iOS 7.0 & Android 4.1.2 Jelly Bean systems or newer.*<br><br>**[See "*View Lite II Mobile App*" Product Brochure; Page 1]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II**

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| 4. The method of claim 1, wherein the remote computing device and the network environment communicate through the Internet. |  VIGIL Central Management allows the centralized management of user access rights, configuration and software updates as well as a complete system health monitoring.<br><br>**[See** *"Vigil Central Management Software" Product Brochure*; Page 1] |

CONFIDENTIAL—ATTORNEY WORK PRODUCT

## CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| 5. The method of claim 1, wherein the broadband connection has a bandwidth of 2-6 Megabits per second (Mbps). | This is a typical characteristic of ADSL connections and Wireless Mobile Phone connections. |

## CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| 6. A method of viewing, on a remote viewing device of a video surveillance system, multiple simultaneously displayed and stored video images, comprising the steps of: |  |



### View Lite II Mobile App

With 3xLOGIC's View Lite II, you can use your smart device to access and monitor your surveillance cameras. View Lite II is a mobile app designed to allow a user to connect to and view V-Series standalone cameras and cameras connected to a VIGIL VMS server. With a simple drag-and-drop interface and 9 different layout options, you can easily view up to 48 live camera feeds simultaneously. With alarm push notifications, D I/O support and POS/ATM searches, 3xLOGIC's View Lite II is an excellent way to quickly access your VIGIL surveillance system data anytime, anywhere.

Our intuitive interface takes full advantage of your devices touchscreen technology and delivers a simple, light and efficient mobile solution for your surveillance network.

**Note:** A web-enabled 3xLOGIC VIGIL Server or V-Series Camera is **REQUIRED** to use this app.

**Features**
- Unlimited number of VIGIL Servers (NVRs) and V-Series cameras
- Touch friendly interface to make Digital PTZ simple
- Live and Playback modes compatible with both H.264 and MPEG4 formats
- QR Code Scanner to quickly add VIGIL Servers
- D I/O Device integration via VIGIL Server
- POS/ATM OSD for live and playback
- POS Search and POS Reports with one-click POS event playback footage
- Alarm push notifications
- Connect to a VCM to pull a list of servers
- 3xCLOUD account integration

*Engineered for use with the Apple® iOS 7.0 & Android 4.1.2 Jelly Bean systems or newer.*

**[See "*View Lite II Mobile App*" *Product Brochure*; Page 1]**

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II**

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| receiving video images at a personal computer based system from a plurality of video sources, wherein each of the plurality of video sources comprises a camera of the video surveillance system; | <br><br>[See "*View Lite II - Mobile VIGIL VMS Client*";  Page 23] |

# CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| digitizing any of the images not already in digital form using an analog-to-digital converter; | [See *"Vigil Server Users Guide"*; Pages 44 and 45]<br><br>**The CODEC Settings window allows advanced configuration of the recording CODEC used for storing video footage recorded on analog cameras.**<br><br> |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II**

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| displaying one or more of the digitized images in separate windows on a personal computer based display device, using a first set of temporal and spatial parameters associated with each image in each window; | [See "*Vigil Server Users Guide*"; Pages 23, 11 and 47]<br><br><br><br>[See "*Vigil Server Users Guide*"; Pages 10 and 33]<br><br>**Depending on the hardware installed with your VIGIL Server unit, you may have access to alarm inputs or relay outputs. The number of available alarms and relays is dependent on your hardware.**<br>**Alarm inputs can trigger recording of video and/or audio based on an externally tripped circuit. Relay outputs can be triggered by motion alarms, video loss, POS data, or failure of the VIGIL Server.** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II**

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| converting one or more of the video source images into a selected video format in a particular resolution, using a second set of temporal and spatial parameters associated with each image; | [See "*Vigil Server Users Guide*";  Pages 109 and 50]<br><br>**Video Storage Drives are the main drives where video footage is stored. If a Video Storage Drive becomes full, VIGIL Server will switch to the next Video Storage Drive for recording. Also, if all of the Video Storage Drives are offline, the Alternate Video Storage Drives will be used until they return online.**<br>**When adding or editing a video storage drive, the Media Control window is displayed.**<br><br><br><br>[See "*Vigil Server Users Guide*";  Pages 44 and 45]<br><br>**The CODEC Settings window allows advanced configuration of the recording CODEC used for storing video footage recorded on analog cameras.** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II**

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| |  |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II**

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| contemporaneously storing at least a subset of the converted images in a storage device in a network environment; | <br><br>VIGIL Central Management allows the centralized management of user access rights, configuration and software updates as well as a complete system health monitoring.<br><br>[See "*Vigil Central Management Software*" Product Brochure;  Page 1] |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II**

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| providing a communications link to allow an external viewing device to access the storage device; | <br><br>VIGIL Central Management allows the centralized management of user access rights, configuration and software updates as well as a complete system health monitoring.<br><br>**[See "Vigil Central Management Software" Product Brochure; Page 1]** |

**CONFIDENTIAL—ATTORNEY WORK PRODUCT**

## CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| receiving, from a remote viewing device remoted located remotely from the video surveillance system, a request to receive one or more specific streams of the video images; |  |

Figure 2-13: Drag and Dropping Cameras into Live Viewer - iOS

To select a camera stream for viewing on the main screen:

1. Tap and hold the thumbnail for 1 second.
2. Drag the image from the camera selection slider bar to a window on your main screen. This will place the camera in the available window or replace the currently active feed in that window.

**[See "*View Lite II - Mobile VIGIL VMS Client*";  Page 12]**

**CONFIDENTIAL—ATTORNEY WORK PRODUCT**          24

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II**

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| transmitting, either directly from one or more of the plurality of video sources or from the storage device over the communication link traversing the Internet to the remote viewing device, and in the selected video format in the particular resolution, the selected video format being a progressive video format which has a frame rate of less than substantially 24 frames per second using a third set of temporal and spatial parameters associated with each image, a version or versions of one or more of the video images to the remote viewing device; and | <br><br>## View Lite II Mobile App<br><br>With 3xLOGIC's View Lite II, you can use your smart device to access and monitor your surveillance cameras. View Lite II is a mobile app designed to allow a user to connect to and view V-Series standalone cameras and cameras connected to a VIGIL VMS server. With a simple drag-and-drop interface and 9 different layout options, you can easily view up to 48 live camera feeds simultaneously. With alarm push notifications, D I/O support and POS/ATM searches, 3xLOGIC's View Lite II is an excellent way to quickly access your VIGIL surveillance system data anytime, anywhere.<br><br>Our intuitive interface takes full advantage of your devices touchscreen technology and delivers a simple, light and efficient mobile solution for your surveillance network.<br><br>**Note:** A web-enabled 3xLOGIC VIGIL Server or V-Series Camera is **REQUIRED** to use this app.<br><br>**Features**<br>• Unlimited number of VIGIL Servers (NVRs) and V-Series cameras<br>• Touch friendly interface to make Digital PTZ simple<br>• Live and Playback modes compatible with both H.264 and MPEG4 formats<br>• QR Code Scanner to quickly add VIGIL Servers<br>• D I/O Device integration via VIGIL Server<br>• POS/ATM OSD for live and playback<br>• POS Search and POS Reports with one-click POS event playback footage<br>• Alarm push notifications<br>• Connect to a VCM to pull a list of servers<br>• 3xCLOUD account integration<br><br><br><br>*Engineered for use with the Apple® iOS 7.0 & Android 4.1.2 Jelly Bean systems or newer.*<br><br>**[See "*View Lite II Mobile App" Product Brochure*; Page 1]** |

# CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic View Lite II

| Patent Claim Language | Application to 3xLogic View Lite II |
|---|---|
| displaying only the one or more requested specific streams of the video images on the remote computing device. |  ## View Lite II Mobile App<br><br>With 3xLOGIC's View Lite II, you can use your smart device to access and monitor your surveillance cameras. View Lite II is a mobile app designed to allow a user to connect to and view V-Series standalone cameras and cameras connected to a VIGIL VMS server. With a simple drag-and-drop interface and 9 different layout options, you can easily view up to 48 live camera feeds simultaneously. With alarm push notifications, D I/O support and POS/ATM searches, 3xLOGIC's View Lite II is an excellent way to quickly access your VIGIL surveillance system data anytime, anywhere.<br><br>Our intuitive interface takes full advantage of your devices touchscreen technology and delivers a simple, light and efficient mobile solution for your surveillance network.<br><br>**Note:** A web-enabled 3xLOGIC VIGIL Server or V-Series Camera is **REQUIRED** to use this app.<br><br>**Features**<br>▪ Unlimited number of VIGIL Servers (NVRs) and V-Series cameras<br>▪ Touch friendly interface to make Digital PTZ simple<br>▪ Live and Playback modes compatible with both H.264 and MPEG4 formats<br>▪ QR Code Scanner to quickly add VIGIL Servers<br>▪ D I/O Device integration via VIGIL Server<br>▪ POS/ATM OSD for live and playback<br>▪ POS Search and POS Reports with one-click POS event playback footage<br>▪ Alarm push notifications<br>▪ Connect to a VCM to pull a list of servers<br>▪ 3xCLOUD account integration<br><br>  <br>*Engineered for use with the Apple® iOS 7.0 & Android 4.1.2 Jelly Bean systems or newer.*<br><br>**[See "*View Lite II Mobile App*" Product Brochure; Page 1]** |